14.8

# AFFIRMATION OF SERVICE

**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK FOLEY SQUARE DIVISION**

AED INVESTIGATIONS P.O. Box 4132 Hallandale, FL 33008

Client's File No.: ____________

**Index Number:** **26-cv-6381**

**Date Filed:** **July 28, 2026**

Luxottica Group S.p.A., an Italian corporation and Oakley, Inc., a Washington corporation

*Plaintiff*

vs

Maha Gift Shop Inc. a New York corporation, and Zajaria Ahmed, individually

*Defendant*

**SECRETARY OF STATE**

**STEVE AVERY**, the undersigned, affirms and states that deponent is not a party to this action, is over 18 years of age and resides in the State of New York.

That on **8/17/2026** at **9:00 AM** at 1 Commerce Plaza, Albany, New York 12260 the office of the Secretary Of State, of the State of New York, deponent served 2 true copies of a **Summons in a Civil Action, Complaint, Civil Cover Sheet, Rule 7.1 Disclosure Statement and Notice of Initial Pretrial Conference**

on **Maha Gift Shop Inc.**
(Defendant/Respondent)

Said service was effected in the following manner;
By delivering to and leaving with **CONSUELO AGUILERA** authorized agent in the office of the Secretary of the State, State of New York, personally at the office of the Secretary of State, of the State of New York, two (2) true copies thereof and at that time of making such service, deponent paid said Secretary of State a fee of $40.
That said service was made pursuant to <u>306 Business Corporation Law</u>

**Description:**
Gender: Female Race/Skin: White Age: 50 Weight: 131-160 Lbs. Height: 5ft4in-5ft8in Hair: Black Glasses:No Other:

I affirm this day August 17, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, except as to matters alleged on information and belief and as to those matters I believe it to be true, and I understand that this document may be filed in an action or proceeding in a court of law.

STEVE AVERY
Server Lic #
JobID# 2664404