UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUXOTTICA GROUP S.p.A., an Italian corporation, and OAKLEY, INC., a Washington corporation,<br><br>Plaintiffs,<br><br>-against-<br><br>MAHA GIFT SHOP INC., a New York corporation, and ZAKARIA AHMED, individually,<br><br>Defendants. | 26-CV-06381 (VEC)<br><br>ORDER |

VALERIE CAPRONI, United States District Judge:

WHEREAS this matter is scheduled for an initial pretrial conference on Friday, October 9, 2026, *see* Dkt. 9; and

WHEREAS the Parties have submitted their proposed Case Management Plan and joint letter requesting cancellation of the conference, *see* Dkts. 17-18.

IT IS HEREBY ORDERED that the initial pretrial conference currently scheduled for Friday, October 9, 2026, is CANCELLED.

IT IS FURTHER ORDERED that the Parties must appear for a post-fact discovery conference on **Friday, February 12, 2027, at 10:00 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007. The Parties' joint letter in advance of the conference is due on **Thursday, February 4, 2027**. The Parties are directed to paragraph 11 of their Case Management Plan for the required contents of their joint letter.

The Court will enter the Parties' Case Management Plan by separate order.

**SO ORDERED.**

**Date: October 2, 2026**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**